124 A.3d 1205

IN THE MATTER OF STEPHANIE A. HAND, AN ATTORNEY AT LAW (ATTORNEY NO. 041231999).

December 1, 2015.

## ORDER

**STEPHANIE A. HAND,** of **Livingston,** who was admitted to the bar of this State in 2000, having pleaded guilty in the United States District Court for the District of New Jersey to a two-count Information charging her with willfully failing to file income tax returns for calendar years 2008 and 2009, in violation of 26 *U.S.C.* § 7203, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **STEPHANIE A. HAND** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **STEPHANIE A. HAND** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State; and it is further

ORDERED that **STEPHANIE A. HAND** comply with *Rule* 1:20–20 dealing with suspended attorneys.